Permanent 649-11-036
Parcel #:

Type Instrument: Warranty Deed
Tax District #: 3130
Grantor: COMMUNITY REINVESTMENTS
Grantee: BOYD, BRIGITTE D.
Balance Assumed: $ 0.00
Total Consideration: $ 134,900.00
Conv. Fee Paid: $ 539.60
Transfer Fee Paid: $ 0.50
Fee Paid by: FAST TRACT
Exempt Code:

Date: 12/23/2009 2:27:00 PM
Tax List Year: 2009
Land Use Code: 5100
Land Value: 23,600
Building Value: 90,400
Total Value: 114,000
Arms Length Sale: UNKNW
Rcpt: A-12232009-7
Inst #: 435018
Check #:

CUYAHOGA COUNTY RECORDER
LILLIAN J GREENE - 2
DEED 12/23/2009 2:34:24 PM
**200912230394**

*Frank Russo*
CUYAHOGA COUNTY AUDITOR

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS, that Vincent Nappi, on behalf of **COMMUNITY REINVESTMENT, LLC.**, an Ohio Limited Liability Company ("Grantor") in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, paid to it by **BRIGITTE D. BOYD**, an unmarried woman, ("Grantee"), hereby grants, bargains, sells and conveys to the Grantee, and her successors and assigns forever, the following described real estate:

Situated in the City of Euclid, County of Cuyahoga and State of Ohio, and known as being Sublot No. 26 in Frank Berzin's Glenridge Subdivision No. 2 of part of Original Euclid Township Tract No. 11, Tract No. 14 and Gore Tract, as shown by the recorded plat in Volume 155 of Maps, Page 3 of Cuyahoga County Records, as appears by said plat, be the same more or less, but subject to all legal highways.

Known As: 1784 Pontiac Drive
Euclid, Ohio 44117

PPN: 649-11-036

Being the same property conveyed to Grantor by deed recorded in Deed Reference: Instrument No. 200909230284, Recorder's Office, Cuyahoga County, Ohio.

TO HAVE AND TO HOLD the premises, with all the privileges and appurtenances belonging thereto, to the said Grantee and her successors and assigns.

The Grantor, for itself, its successors and assigns, hereby covenants with Grantee and her successors and assigns that Grantor is lawfully seized in fee simple of the premises, that the premises are free from all encumbrances except legal highways and easements of record and, except for taxes and assessments due and payable, Grantor has good right to sell and convey the same, and that it warrants and will defend the same to Grantee and her successors and assigns forever against the lawful claims and demands of all persons.

Executed this _22nd_ day of _DECEMBER_, 2009.